## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| **IESHA GILLIAN,** | **CASE NO: 5:22-cv-00383-TES** |
| **Plaintiff,** | |
| **v.** | |
| **DG DISTRIBUTION SOUTHEAST, LLC.,** | |
| **Defendant.** | |

## AMENDED ORDER[1]

Before the Court is the Parties Consent Motion to Extend the Discovery Period and Scheduling Order Deadlines. Upon due consideration, and for the reasons set for therein, the Motion is hereby **GRANTED**. The discovery period is extended by 60 days up to and including October 1, 2023. The deadline to file dispositive motions is extended by 60 days up to and including October 31, 2023.

SO ORDERED this 24th day of July, 2023

S/ Tilman E. Self, III
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT

[1] This Order amends [Doc. 17].