IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IESHA GILLIAN, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-00383-TES |
| | * |
| DG DISTRIBUTION SOUTHEAST LLC, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 9, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 12th day of August, 2024.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk